BEFORE THE FIRST DIVISION, DECEMBER 16, 1958

**No. 62600.**—American Express Company *v.* United States, protest 58/124/15097 (New Orleans).

Opinion by MOLLISON, J.   In accordance with oral stipulation of counsel that the merchandise consists of chair backs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62601.**—Albert Bonnier Publishing House, Inc., et al. *v.* United States, protests 178534–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim at 20 percent under the provision in paragraph 412, as modified by T. D. 51802, for "Furniture, * * * Chairs," was sustained.   The items marked "B," stipulated to consist of furniture the same as that in C. A. D. 669, *supra*, were held dutiable at 12½ percent under the provision in said paragraph 412, as modified, *supra*, for other furniture.

**No. 62602.**—Fieldston Trading Co., Inc. *v.* United States, protest 328415–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim at 19 percent under the provision in paragraph 412, as modified, *supra*, for "Furniture, * * * Chairs," was sustained.   The items marked "B," stipulated to consist of furniture the same as that in C. A. D. 669, *supra*, were held dutiable at 11½ percent under the provision in said paragraph 412, as modified, *supra*, for other furniture.